No. 96–79. BOGGS v. BOGGS ET AL., 520 U. S. 833. Motion of respondents to supplement petition for rehearing granted. Petition for rehearing denied.

No. 96–8894. ROBINSON v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., 520 U. S. 1283. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

AUGUST 5, 1997

No. 97–5492 (A–107). IN RE FELTROP. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.